IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WESTFIELD SUPERIOR INSURANCE CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Court No. 25-cv-2432 |
| ) | |
| CHICAGO CUSTOM HOME BUILDERS, ) | Honorable Jeremy C. Daniel |
| INC., ANTHONY ZITELLA, AND LISA ) | |
| ZITELLA, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR DEFAULT AGAINST DEFENDANTS

Plaintiffs, Westfield Superior Insurance Company, moves for entry of default against Defendants Chicago Custom Home Builders, Inc., Anthony Zitella, and Lisa Zitella, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action, as more fully set out in the declaration that Plaintiff contemporaneously files as (Dkt. 23-1). (Dkt. 23-2) is a non-military affidavit for Defendant Anthony Zitella. (Dkt. 23-3) is a non-military affidavit for Defendant Lisa Zitella.

ESP KREUZER CORES LLP
400 S. County Farm Road
Suite 200
Wheaton, Illinois 60187
(630) 871-1002; ARDC #6274517; our file 1.10995K
jbarger@ekclawfirm.com; lmurphy@ekclawfirm.com

RESPECTFULLY SUBMITTED,

*Jeffrey S. Barger*
Jeffrey S. Barger

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2025, I electronically filed the foregoing Motion for Default with the Clerk of the Court using the CM/ECF system. CM/ECF will send notification to all attorneys of record.

*Jeffrey S. Barger*
Jeffrey S. Barger