**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Westfield Superior Insurance Co.

                        Plaintiff,

v.                                                Case No.: 1:25−cv−02432

                                                Honorable Jeremy C. Daniel

Chicago Custom Home Builders, Inc., et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 17, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: The Court enters default against Defendants Chicago Custom Home Builders, Inc., Anthony Zitella, and Lisa Zitella. Prove−up hearing set for October 29, 2025, at 9:30 a.m. Any materials in support must be filed on or before October 22, 2025. the motion hearing is stricken. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.