# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Westfield Superior Insurance Co.

                                       Plaintiff,

v.                                                       Case No.: 1:25−cv−02432
                                                             Honorable Jeremy C. Daniel

Chicago Custom Home Builders, Inc., et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 29, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: Motion hearing held. Plaintiff's motion for entry of default against Defendants [26] is granted. Plaintiff shall submit a proposed order to the Court's Proposed Order Inbox on or before October 31, 2025. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.