IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WESTFIELD SUPERIOR INSURANCE CO., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHICAGO CUSTOM HOME BUILDERS, ) <br> INC., ANTHONY ZITELLA, AND LISA ) <br> ZITELLA, ) <br> ) <br> Defendants. ) | Court No. 25-cv-2432 <br><br> Honorable Jeremy C. Daniel |

ORDER

This matter coming on to be heard, the District Court being fully advised in the premises and having jurisdiction over the subject matter, IT IS ORDERED HEREBY:

1. On October 29, 2025, the District Court entered a Minute Order [27] granting Westfield Superior Insurance Co.'s Motion for Default Judgment Against Defendants, Chicago Custom Home Builders, Inc.; Anthony Zitella; and Lisa Zitella [26].

2. The District Court finds that the well-pled allegations of the amended complaint are admitted and that there is no controversy as to the facts.

3. Applying the *Livorsi Marine* factors to the undisputed facts, the District Court finds, as a matter of law, that Chicago Custom Home Builder, Inc.'s notice to Westfield Superior Insurance Co. of an occurrence, an offense, or a loss that may result in a claim was not within an objectively reasonable time.

4. Applying the *Livorsi Marine* factors to the undisputed facts, the District Court finds, as a matter of law, that Chicago Custom Home Builder, Inc.'s notice to Westfield Superior Insurance Co. of the AAA Demand for Arbitration was not within an objectively reasonable time.

5. The District Court enters judgment for Westfield Superior Insurance Co. and against Defendants, Chicago Custom Home Builders, Inc.; Anthony Zitella; and Lisa Zitella, declaring: 1) that Chicago Custom Home Builders, Inc. failed to comply with the notice provisions in the policies of insurance that Westfield Superior Insurance Co. issued, policy CWP 133032C, effective March 1, 2023 to March 1, 2023, and renewed for the policy period March 1, 2023 to March 1, 2024; and 2) that Westfield Superior Insurance Co., therefore, does not owe any duty to defend or indemnify Chicago Custom Home Builders, Inc. under its policies of insurance against the Zitellas's underlying claims or suit.

6. Because the District Court enters judgment for Westfield Superior Insurance Co., declaring that Westfield Superior Insurance Co. owes no coverage obligation to Chicago Custom Home Builders, Inc. against the Zitellas's underlying claims or suit, for failure on the part of Chicago Custom Home Builders, Inc. to timely comply with the notice provisions, it is not necessary for District Court to consider the other defenses to coverage that Westfield Superior Insurance Co. pled.

7. This is a final and immediately appealable order.

Date: November 3, 2025

                                                                    Jeremy C. Daniel
                                                                    United States District Judge